# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 19 2018

BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric Swarbrick | ) | Case No. 18 MJ-1214 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 19, 2018 - August 29, 2018 in the county of Davidson and others in the Middle District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(1)(B) | Count One - Interstate Stalking |
| 18 U.S.C. 875(c) | Count Two - Interstate Communications with Intent to Threaten |

This criminal complaint is based on these facts:

See attached statement of FBI TFO Keith M. Sutherland

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Keith M. Sutherland
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/19/2018

_____
Judge's signature

City and state: Nashville, TN

Hon. Barbara D. Holmes
Printed name and title

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Keith M. Sutherland, have been employed by the Metropolitan Nashville Police Department for over 25 years. Currently, I am assigned to the Federal Bureau of Investigation's (FBI) WEST Tennessee Violent Crimes Task Force, and am working out of the FBI's Nashville Resident Agency. I have been assigned to this position since July 1, 2017. In this capacity, I am a Federally Deputized Task Force Officer (TFO) sworn to investigate various Federal criminal violations. I am currently deputized as a Special Federal Officer/Special Deputy United States Marshal.

2. The facts contained in this complaint are based on first-hand knowledge, or information learned during this investigation from other law enforcement sources, or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause for the offense. Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

3. I am aware of Title 18, United States Code, § 2261A(1)(B) which makes it an offense to travel in interstate commerce with the intent to injure or harass another person, and in the course of and as a result of such travel, place another person in reasonable fear of death or serious bodily injury.

4. I am aware of Title 18, United States Code, § 875(c) which makes it an offense for any person to knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure another.

5. This affidavit is submitted in support of a Criminal Complaint for the arrest of Eric Swarbrick, for the offense of Interstate Stalking, in violation of Title 18, United States Code, § 2261A(1) and Interstate Communications with Intent to Threaten in violation of in violation of Title 18, United States Code, § 875.

6. Beginning on January 19, 2018, Big Machine Label Group ("BMLG") started receiving letters from Eric Swarbrick. Since then, BMLG has received at least 40 threatening letters and emails from **SWARBRICK** two of the letters were hand-delivered by Swarbrick (February 15, 2018 and May 6, 2018 letters). The letters initially express a desire for BMLG CEO Scott Borchetta to introduce Swarbrick to BMLG client Taylor Swift. Over time, the letters become increasingly sexual and violent in nature.

7. In a January 19, 2018, hand-written letter to Mr. Borchetta, **SWARBRICK** writes, "I imagine you see just another crazed person who poses not only a threat to what you and Taylor are seeking to accomplish, but to Taylor herself. I know what I am though, and I know what I am not I may daily fight for my psychological life, but I pose zero threat to either you, or Taylor for one simple reason. I have respect." **SWARBRICK** goes on to request a meeting with Ms. Swift because he is in love with her. After he professes his

love for Ms. Swift, he acknowledges that in the past he has been "wandering around" BMLG's office.

8. In a February 7, 2018, letter to Mr. Borchetta, **SWARBRICK** writes, "I think my intention may have been to alarm you." He states, "I have been out of my mind the vast majority of my life, but I hope you won't blame me for the abuses of my family- more specifically, my parents." He then writes, "Am I crazy for wanting to meet Taylor, or have I been crazy in how I wanted to do so." He then explains that he believes Ms. Swift's songs are written and sung to and about him and states that he has been trying to convince himself that he "was in fact a good guy (when, as I told you, I wasn't)."

9. After driving from Texas to Tennessee, **SWARBRICK** hand-delivered a February 15, 2018, letter to BMLG that was addressed to Mr. Borchetta. In the letter, **SWARBRICK** states "I'm taking my gloves off." He says, "How may I explain to you that no matter how much you'll wish you could stop me, you won't be able to as I've had to overcome a more difficult and more rigid legal system?" He then states, "I will be the cultural sword that runs through her heart."

10. In a February 26, 2018, letter to Mr. Borchetta, **SWARBRICK** describes how he is Ms. Swift's soulmate and that he is the male version of Ms. Swift. He then states, "How is it that I know the implications of my threat, and nobody else seems to know and understand it; for if you had known that I had threatened to legally 'kill' Taylor Swift (i.e. by pushing her to kill herself—therby liberating me from any and all legal ramifications)." **SWARBRICK** goes on to say that he's "so full of hatred for her that he (underhandedly) threatens to kill her" and then states that if they were to be together, "every moment she'd be with him she wouldn't necessarily be in danger, she'd be walking on eggshells if she walked with him—the worst kind of eggshells: deadly ones."

11. In a May 3, 2018, letter to Mr. Borchetta, **SWARBRICK** states, "I've reviewed my interactions with you, and I've compared them to all the other men who've written to Taylor, and I realized something… although I may be like them, I'm nothing like them. I've sat here and cowered beneath you as though I was so similar to those imbeciles who make Taylor look bad. I'm nothing like the guy who just opened fire at a Nashville Waffle House; nothing like the guy who robbed a bank and threw some money over Taylor's fence; nothing like the guy who emailed Taylor's dad a bunch of time—telling him he was going to end all Swifts because they're devils, and that he's the true Son of God. I'm nothing like them. Why? Victims of sexual abuse don't become murders, stalkers, and robbers when they act upon the dysfunction in them. They become sexual predators." He then states, "You either pass me along to Taylor by having her read all my letters to you (and none of mine to her), or I threaten my own life in Nashville and take Taylor away from you forever." He next states, "will you force me to take Taylor away from you forever by forcing me to kill myself in front of you and your staff."

2

12. After driving from Texas to Tennessee, **SWARBRICK** hand-delivered a May 6, 2018, letter to BMLG that was addressed to Mr. Borchetta. The letter describes his sexual fantasies about Ms. Swift and states, "Psychological abuse on my part is understandable."

13. The next day, May 7, 2018, BMLG filed a complaint in Davidson County charging **SWARBRICK** with harassment, and a warrant was issued for **SWARBRICK's** arrest. Between May 7, 2018 and August 17, 2018, Swarbrick sent 17 more threatening letters and emails to BMLG.

14. In a May 21, 2018, handwritten letter to Mr. Borchetta, **SWARBRICK** states that he is attracted to kids and states, "I know I alluded to an idea/reality that I wanted to rape Taylor, and before that maybe I wanted to rape others."

15. In a May 25, 2018, letter to Mr. Borchetta, **SWARBRICK** states, "I once believed myself a lover—thereby capable of giving life. I am not. I'm a fighter. All I can do is take life." **SWARBRICK** then describes his smile as "sociopathic" and boasts about an "ability to hide in plain sight (kinds like a lizard), I'll have one goal in mind: push Taylor to kill herself for knowingly abandoning me to my mother." He then states "Imagine what I've filled into my ... journals in the last 4 years. Fear the 400 dreams I've recorded, and analyzed; and synthesized in the last 4 years—the likes of which have granted me sight into things unseen .... Fear them, for many a morning I've seen you and Taylor. Keep f**king with me, Scott. I f**king dare you to ignore me one more time thereby empowering me to become strong and independent enough) to tear Taylor limb from limb (thereby pushing her to kill herself, and you to go out of business)." **SWARBRICK** goes on to admit he is "dangerous"; and threatens that he "really hate[s] using force... but [he] cannot do anything else when you ignore me." He threatens, "'I will continue writing you until I'm strong and independent enough to enter society; and, once I've entered, it'll be too late, Taylor will die. I will ensure it." **SWARBRICK** demands that he receive a call that day or he will begin his "finishing blow against Taylor." **SWARBRICK** goes on to admit he has made at least three threats: "I got a PI the first time I threatened you, the Nashville Sheriff's department the second time. Who am I going to get this third time." **SWARBRICK** concludes this correspondence by again, requesting a meeting, or "[o]therwise, watch me kill her without killing her."

16. On August 2, 2018, **SWARBRICK** drove from Texas to Nashville and attempted to gain entrance into BLMG's office. He was detained by BMLG security guards and arrested by the Metro Nashville Police Department ("MNPD"). Between when he was released from MNPD custody and August 29, 2018, **SWARBRICK** has sent BLMG at least 13 more threatening letters and emails.

17. On September 3, 2018, Mr. Borchetta obtained an order of protection against **SWARBRICK** in Davidson County Court. In the application for the order of protection Borchetta wrote, "I am seeking an order of protection against Eric Swarbrick, someone

3

who has been stalking me for one year. In November 2017 Erick sent a letter to me talking about me being between he and Taylor S.'s love affair. On January 19, 2018, Eric mailed a letter to my office and he hand delivered a letter on February 15, 2018 to my office. Eric continued to contact me via mail and email. In February 2018 Eric escalated his emails which became violent in nature. In February 2018 Eric came by the office and dropped off letters. Eric stated in his emails that he will bring down the wrath of God on me, Taylor S., and other artists I represent. He also said that he would rape certain artists I represent, due damages to my business, employees and family. Eric has sent 29 emails to me even after being arrested. The emails contained violence, and items of mental instability. He has shown up to my business on three occasions and was arrested by my security staff in July 2018. Eric did not show up to court and there is an outstanding warrant for his arrest. Because of Eric's lack of respect for the legal system, his violence incorporated in his email, him showing up to my business, and his mental capacity I am in fear for my life, my family, and my employees."

18. Based on the foregoing, I believe there is probable cause that Eric **SWARBRICK** has committed the offense of Interstate Stalking, in violation of Title 18 § 2261A(1) and Interstate Communications with Intent to Threaten in violation of Title 18 § 875(c) of United States Code.

19. Further affiant sayeth not.