AO 442 (Rev. 11/11) Arrest Warrant          FID: 10693975          1729F-480

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Eric Swarbrick<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:18-cr-00261 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Eric Swarbrick                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:875(c) Interstate communication with intent to threaten  (1)
18:2261A(2)(B) Interstate Stalking  (2)

Date:   09/26/2018

*Issuing officer's signature*

City and state:   Nashville, Tennessee          Elaine J. Hawkins, Criminal Case Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/26/2018, and the person was arrested on *(date)* 10/03/2018
at *(city and state)* Austin, TX — Superceded by WRIT FROM TRAVIS C

Date:   10/03/2018
*Arresting officer's signature*

Aaron Cunningham RUSM
*Printed name and title*